UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSE ARNOLD MONTIEL #321211,

    Plaintiff,

v.

TODD SKINNER et al,

    Defendants.
_____/

Case No: 1:24-cv-1268

HON. ROBERT J. JONKER

## ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on March 12, 2025 (ECF No. 10). The Report and Recommendation was duly served on the parties, and no objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 10) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** Plaintiff's complaint (ECF Nol. 1), as supplemented (ECF Nos. 8, 9), are dismissed for failure to state a claim on which relief may be granted. The Court also finds that an appeal of such would be frivolous and would not be in good faith.

**IT IS FURTHER ORDERED** that this matter is **TERMINATED**.

Dated:   April 3, 2025

/s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE